Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, California 90067-3012
Zia F. Modabber (Bar No. 137388)
zia.modabber@katten.com
Tami Kameda Sims (Bar No. 245628)
tami.sims@katten.com
Tel: (310) 788-4400
Fax: (310) 788-4471
*Attorneys for Defendants Dwayne Michael Carter Jr. p/k/a Lil Wayne, Young Money Entertainment, LLC, Young Money Publishing, Inc. Young Money Records, Inc. Young Money Ventures, LLC, and Young Money Touring, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| RONALD E. SWEENEY, an individual; AVANT GARDE MANAGEMENT, INC., a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>DWAYNE MICHAEL CARTER JR. p/k/a LIL WAYNE, an individual; YOUNG MONEY ENTERTAINMENT LLC, a Florida limited liability company; YOUNG MONEY PUBLISHING INC., a Delaware corporation; YOUNG MONEY RECORDS INC., a Delaware corporation; YOUNG MONEY VENTURES, LLC, a Delaware limited liability company; YOUNG MONEY TOURING, INC., a Florida corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-01689-ODW-JC<br>**REMOVED FROM STATE COURT**<br>(Los Angeles Superior Court No. 20STCV47346)<br><br>Assigned to Hon. Otis D. Wright II<br>COURTROOM 5D<br><br>**DECLARATION OF JERMAINE PREYAN** |

# DECLARATION OF JERMAINE PREYAN

I, JERMAINE PREYAN, declare as follows:

1. I am responsible for assisting in the operation of the record label Young Money Entertainment ("Young Money"), which is owned by Defendant Dwayne Michael Carter Jr. ("Carter"), a performer and recording artist professionally known as "Lil Wayne." Young Money is the label responsible for creating and releasing Carter's music as well as the music of other recording artists, including Nicki Minaj, Drake, and Tyga.

2. I am also Carter's personal manager.

3. I have personal knowledge of, and would be able to testify competently regarding, all of the facts in this declaration, unless stated upon information and belief, and to those matters, I believe them to be true.

4. I submit this declaration in support of Defendants' opposition to the motion of Plaintiffs Ronald E. Sweeney and Avant Garde Management, Inc. to compel Carter's deposition. I understand that Plaintiffs' motion will likely not be heard until sometime in or after October 2021.

5. As part of my duties at Young Money and as Carter's manager, I assist Carter and others in arranging his calendar for his entertainment career.

6. I am kept informed about changes to Carter's calendar, and am often consulted before any material changes to that calendar are made.

7. It is important in carrying out my dual positions to know Carter's calendar, as well as the calendars of Young Money's other artists. Access to those calendars enables me to, among other things: (a) maximize the label's ability to generate revenue and excitement from people who support the label and its artists, (b) evaluate opportunities that are presented to the label, and (c) coordinate promotional activities concerning the label's roster of artists.

8. I have personal knowledge of Carter's current schedule for October through the end of this year and into next year.

9. In October, Carter is expected to return home to Florida from a trip to Europe. Following his return to the United States, the remainder of October is booked solid with commitments for album promotion in New York City and Las Vegas, appearances in Atlanta and Las Vegas, and studio time in Miami, Florida and likely other cities in the United States to record his coming album.

10. Carter is also fully engaged in November with video and photo shoots, press, album promotions, additional studio time, and a tour, which begins November 15 and ends December 23, 2021.

11. After the tour ends, the remainder of Carter's December is blocked for family time over the Christmas and New Year holidays.

12. The first date that Carter is available to appear for a deposition in this or any other legal matter is January 5, 2022.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 20th day of September, 2021, at Miami, Florida.

DocuSigned by:

JERMAINE PREYAN