JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| RONALD E. SWEENEY, et al., | Case № 2:21-cv-01689-ODW (JCx) |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| DWAYNE MICHAEL CARTER JR., et al., | |
| Defendants. | |

Pursuant to the Court's Order Granting Defendants' Motion to Dismiss, it is therefore **ORDERED, ADJUDGED, and DECREED** as follows:

1. Plaintiffs shall recover nothing from Defendants;
2. Plaintiffs' Complaint is dismissed without prejudice.

**IT IS SO ORDERED.**

October 13, 2021

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**